United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                         Case No. 20-01098-MJC  
David E. Furry                                                                     Chapter 13  
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                   User: AutoDocke                                       Page 1 of 2  
Date Rcvd: Oct 20, 2021                            Form ID: ordsmiss                                  Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David E. Furry, 8 Tree Loft Circle, Jim Thorpe, PA 18229-2918 |
| 5315317 | + | Commonwealth Finance, 245 Main Street, Scranton PA 18519-1641 |
| 5315320 | + | Midwest Recovery Systems, 514 Earth City Plaza Suite 100, Earth City MO 63045-1303 |
| 5331561 | + | PENNYMAC LOAN SERVICES, LLC, PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5315322 | + | Pennymac Loan Services, LLC, 3043 Townsgate Road #200, Westlake Village, CA 91361-3027 |
| 5315323 | + | Phelan Hallinan Diamond & Jones LLP, Kenya Bates, Esquire, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5315324 | + | Private National Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5315325 | + | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: DRIV.COM | Oct 20 2021 22:43:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5315315 | | Email/Text: ebn@americollect.com | Oct 20 2021 18:38:00 | Americollect, 1851 S Alverno Rd, Manitowoc, WI 54220 |
| 5320631 | | EDI: CAPITALONE.COM | Oct 20 2021 22:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5315316 | | EDI: CAPITALONE.COM | Oct 20 2021 22:43:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5315318 | + | Email/Text: bknotice@ercbpo.com | Oct 20 2021 18:38:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5315319 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Oct 20 2021 18:38:00 | Gateway One Lending, 175 N Riverview Drive, Anaheim, CA 92808 |
| 5322366 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2021 18:46:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5316215 | | EDI: AGFINANCE.COM | Oct 20 2021 22:43:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5315321 | + | EDI: AGFINANCE.COM | Oct 20 2021 22:43:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5324281 | | Email/Text: perituspendrick@peritusservices.com | Oct 20 2021 18:38:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5322756 | + | EDI: DRIV.COM | Oct 20 2021 22:43:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 5323844 | + | EDI: DRIV.COM | Oct 20 2021 22:43:00 | Santander Consumer USA successor in, interest to Gateway One Lending, & Finance, LLC (Gateway), P.O. Box 560284, Dallas, TX 75356-0284 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| J. Zac Christman | on behalf of Debtor 1 David E. Furry zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor PENNYMAC LOAN SERVICES LLC r.davidow@mgplaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David E. Furry,<br>aka David Edward Furry,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:20−bk−01098−MJC |

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 20, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)